UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYONS MAGNUS, INC., | No. 1:14-cv-00464-KJM-MJS |
| Plaintiff, | |
| v. | ORDER |
| THIRSTY VENTURES, INC., a Massachusetts corporation; and DOES 1 through 20, inclusive, | |
| Defendant. | |

AND RELATED COUNTER/CROSS CLAIMS

On June 26, 2014, plaintiff Lyons Magnus, Inc. ("Lyons") filed a motion for a more definite statement or, in the alternative, to strike portions of the Counterclaim and dismiss Count IX. Defendant Thirsty Ventures, Inc. ("TVI") has not filed an opposition. The parties notified the court in their July 3, 2014 Joint Scheduling Conference Report ("JSCR") that the parties have agreed to a November 17, 2014 cut-off for any voluntary amendments to the pleadings. (ECF 13 at 1.) In that report, the parties also represented that TVI anticipated filing an amended Answer and Counterclaim, which would moot the plaintiff's motion for a more definite statement. (*Id*.) As of October 3, 2014, TVI has yet to file an amended Answer and Counterclaim.

1

1          Accordingly, it is hereby ORDERED that within twenty-one (21) days of entry of

2    this Order, TVI shall file an opposition to the plaintiff's pending motion, or give written

3    notification to the court that it will file an amended Answer and Counterclaim as represented in

4    the JSCR not later than November 17, 2014.

5          IT IS SO ORDERED.

6    DATE:  October 7, 2014.

7    

8                    UNITED STATES DISTRICT JUDGE

9    

10   

11   

12   

13   

14   

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28   

2