UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYONS MAGNUS, INC., | No. 1:14-CV-00464—KJM-MJS |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| THIRSTY VENTURES, INC., a Massachusetts corporation; and DOES 1 through 20, inclusive, | |
| Defendant. | |

On October 8, 2014, the court issued an order requiring Thirsty Ventures, Inc. (TVI) to file an opposition to plaintiff's pending motion, or to give written notification to the court that it will file an amended answer and counterclaim as represented in the parties' Joint Scheduling Status Report. TVI has failed to comply with the court's order.

Accordingly, counsel for TVI is hereby ordered to show cause on or before November 7, 2014 why sanctions should not be imposed against counsel and/or TVI for its failure to comply with the court's order. Sanctions may be in the form of a $250 monetary payment or the granting of plaintiff's motion as unopposed.

IT IS SO ORDERED.

DATED: November 4, 2014.

_____
UNITED STATES DISTRICT JUDGE